AUSA: Katharine Heimann     Telephone: (989) 574-8638
Special Agent:    Amanda Thomas     Telephone: (571) 456-9701

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

United States of America
    v.

Eric Michael Hartman

Case No.

> 1:23-mj-30338
> Judge: Morris, Patricia T.
> Filed: 08-16-2023

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 12, 2023 - August 16, 2023_____ in the county of _____Saginaw_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(5)(B)(b)(2) | Possession of Child Pornography involving a prepubescent minor. |
| 18 U.S.C. §§ 2252A(a)(2)(A) | Reciept and Distribution of Child Pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Amanda Thomas, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____August 16, 2023_____

_____
*Judge's signature*

City and state: _Bay City, Michigan_

Patricia T. Morris, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Amanda Thomas, being duly sworn, do hereby state as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed since August 1, 2021. I am presently assigned to the FBI's Detroit Field Office, Bay City Resident Agency. I work on a variety of criminal matters including the investigation of violent crimes and crimes against children. I have received training in the area of child pornography and child exploitation and have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. I have been involved with investigations regarding child pornography and the exploitation of children through the internet. I have received training on the execution of search warrants to seize items of evidence from residences, communication providers, and electronic devices, such as cell phones and computers.

2.      This affidavit is being submitted for the purpose of obtaining a criminal complaint and arrest warrant for Eric Michael Hartman in violation of 18 U.S.C. §2252A(a)(5)(B) (b)(2), possession of child pornography involving a prepubescent minor or a minor who had not attained 12 years of age, and 18 U.S.C. §§ 2252A(a)(2)(A), receipt and distribution of child pornography.

3.      The information set forth in this affidavit was obtained during the course of my employment with the FBI, through personal observation, statements of

witness, information supplied by other local and federal law enforcement officers and through other investigative activity. The information in this affidavit is included for the limited purpose of showing probable cause and this affidavit does not contain all the information related to this investigation.

### Probable Cause

4.      On April 13, 2023, the Federal Bureau of Investigation, El Paso Field Office received a complaint involving a 14-year-old female, hereinafter referred to as MV-1, who was receiving threatening communications from an individual over the Internet. The individual was demanding that MV-1 send nude photographs and videos in response to the threats.

5.      A Child and Adolescent Forensic Interview was conducted with MV-1 and the following information was provided. MV-1 met an individual on the social media application Omegle when she was approximately 12 years old. The conversation then moved to different social media applications including Kik, Instagram, and Discord. The individual often went by the username "Weezy." Over time, the individual revealed his name to be Eric Michael Hartman. Hartman sent MV-1 a photo of his driver's license to prove to MV-1 his true height and weight. Hartman told MV-1 he lived in Saginaw, Michigan, and was 31 years old. MV-1 described Hartman as having blonde hair, blue eyes, light skin, hairy, tattoo on his lower leg, big calves, fat, and a scruffy beard on his face and neck. MV-1 told

Hartman she was 12 years old, and he told MV-1 he liked her age a lot and that it was "cute." Hartman and MV-1's conversations became sexually explicit in nature. Hartman requested MV-1 send him nude photos. MV-1 complied and sent sexually explicit photos and videos to Hartman on the social media applications Discord and Kik. Hartman sent MV-1 photos of himself rubbing his belly and masturbating his penis.

6.      When MV-1 would block Hartman's social media accounts, Hartman would make fake accounts to contact MV-1, sometimes as himself and sometimes posing as a female. Hartman began threatening MV-1 when she would not send more photos and videos. Hartman told MV-1 if she didn't continue to send more photos and videos he would fly out and rape her. Hartman threatened to rape and kill MV-1. Hartman also threatened to expose what MV-1 was doing to her mother. Hartman sent MV-1 a photo of a plane ticket booked to Seattle along with a photo of MV-1's address. MV-1 lives near Seattle, Washington. The email address ericmichaelhartman@gmail.com was shown on the plane ticket. MV-1's cellular phone was provided to investigators with consent to search.

7.      An administrative subpoena was served to Google, Inc. for subscriber information associated with email address ericmichaelhartman@gmail.com. Google's response identified the email was created on January 8, 2016, and provided Google Pay Billing information which identified the subscriber as Eric Hartman with

an address of 3829 Hermansau Road, Saginaw, MI 48603, and a phone number of (989) 753-5138. It was identified through open-source database checks that the address associated with the Google Pay account is the address of Hartman's parents.

8. A review of MV-1's cellular phone revealed several images of screen shot conversations from a Discord user with the username "hi." An image, which has a creation date of March 31, 2023, was observed of a conversation on Discord where the user "hi" sent a screenshot on at 8:17 PM that shows three airline flight options from Saginaw to Seattle. The following messages were sent by "hi" following the screenshot:

> **hi (8:18 PM):** I'll stay for the week your off
>
> **hi (8:18 PM):** You're so cute
>
> **hi (8:20 PM):** very kissable
>
> **hi (8:21 PM):** 8th grade spring break is a good time for a cute girl like you to get her virginity raped by an adult
>
> **hi (8:21 PM):** so I am going to come and see you
>
> **hi:** I'll stay close by and I'll come see you whenever you're ready

9. Another image was recovered of a conversation from the Discord user "hi." This image, which has a creation date of March 31, 2023, shows that user "hi" sent a message at 9:59 PM stating, "she'll be gone when I come for you." At 10:02 PM, "hi" says, "You're gonna tell me when she'll be gone long enough to get raped by me." At 10:39 PM a screenshot was sent by "hi" that showed Expedia itinerary

number, 72523551555277, and a confirmation message stating, "Thank you! Your trip is booked" and "You'll receive a confirmation email shortly at ericmic".

10.     A Federal Grand Jury subpoena was served to Expedia, Inc. for customer information associated with the Expedia itinerary number, 72523551555277. Expedia's response provided the traveler's name as Eric Hartman, email address ericmichaelhartman@gmail.com, IP location as Saginaw, Michigan, and telephone number 989-798-3020. The booking was created on March 30, 2023, at 10:37 PM with a departure from Saginaw, Michigan and destination of Seattle, Washington. The departure date was April 2, 2023, and the return date was April 11, 2023. MV-1 resides near Seattle, Washington.

11.     The payment details associated with the booking include credit card information for Eric Hartman and an address of 597 Homedale, 3, Saginaw, MI, USA 48604.

12.     On April 12, 2023, MV-1's mother was contacted by a Facebook profile with the display name "Mary Needshelp" on Facebook Messenger. The profile sent sexually explicit photos of MV-1 followed by profanity laden messages to MV-1's mother via Facebook Messenger. The following messages were sent by "Mary Needshelp" to MV-1's mother:

> **Mary Needshelp: (An image containing approximately 18 photos, 11 of which were sexually explicit)**
>
> **Mary Needshelp:** How the fuck to do you let this happen

**Mary Needshelp:** You were warned before and didn't do a fucking thing; this is all she does with her life is find guys to send nude pics to for attention

**Mary Needshelp**: Get your shit straight with her she can't be allowed unsupervised internet access

**Mary Needshelp:** Check her phone. She hides her socials and pics in a app to hide stuff

**Mary Needshelp:** She's paranoid so she might have deleted stuff. Doesn't matter though she still will continue this sick behavior and fucking hundreds of adult men online have her pictures

**Mary Needshelp:** If you don't do anything about this and she's seen exposing herself again CPS will be fucking called.

**Mary Needshelp:** She's severely fucking disturbed I've never seen this kind of sick behavior your kid has online and she's a fuckin 8th grader

**Mary Needshelp:** Get her help now

**Mary Needshelp:** I'm deleting this fb after you see this your kids been exposed enough

The photo that was sent to MV-1's mother by the "Mary Needshelp" Facebook account is one image that contains approximately eighteen individual images of MV-1. The images include photos of MV-1's face and sexually explicit photos of MV-1. The images depict MV-1 lying down and standing up while exposing her breasts, MV-1 on her hands and knees in various positions exposing her vagina and anus, and a close-up image of MV-1 bent over with her vagina and anus visible.

13. I have reviewed the images sent to MV-1's mother and determined the images constitute child pornography as defined by 18 U.S.C. § 2256, i.e., visual depictions of minors engaging in sexually explicit conduct.

14. An administrative subpoena was served to Meta Platforms, Inc. requesting subscriber information for the Facebook user identification number associated with the "Mary Needshelp" account. Meta Platforms' response provided addyspike2002@yahoo.com as the registered email to the account and a registration Internet Protocol (IP) address of 2600:6c48:777f:b69d:498a:ef07:14e1:b3d9. It further provided April 12, 2023, as the registration date for the account and logins from that same day, which is the day the messages were sent to MV-1's mother.

15. An administrative subpoena was served to Charter Communications requesting subscriber and physical service address information associated with IP address 2600:6c48:777f:b69d:498a:ef07:14e1:b3d9. Charter's response identified the subscriber as Eric Hartman, with a service and billing address 597 Homedale Street, Apt. 3, Saginaw, MI 48604-2302, which is located in the Eastern District of Michigan, a telephone number of (989) 798-3020 and two email addresses: ericmichaelhartman@charter.net and ericbizmail1@gmail.com. The telephone number 989-798-3020 is the same number that was provided by Expedia itinerary number for the flight tickets purchased to Seattle, Washington.

16.     Surveillance was conducted at 597 Homedale Street, Apartment 3, Saginaw, Michigan, and a vehicle registered to Hartman was observed in front of the apartment.

17.     On August 16, 2023, law enforcement agents executed a search warrant at Hartman's current residence located at 597 Homedale Street, Apartment 3, Saginaw, MI.  A Samsung Galaxy A03S cell phone was recovered with the phone number that is associated with the internet service return from Charter Communications and the Expedia itinerary. The phone also had a Discord account with the username "Weezy". Law enforcement conducted an initial preview of Hartman's phone and located at least 25 images and at least 9 videos of child pornography, as defined by 18 U.S.C. § 2256. The images depict minors, including prepubescent minors or minors under at the age of 12, engaging in sexually explicit conduct.  At least one of the images previewed was one of the 11 sexually explicit images that were sent by the Facebook account Mary NeedsHelp to MV-1's mother over Facebook Messenger. Hartman was advised of his Miranda rights and voluntarily agreed to speak with investigators.  He confirmed the phone number (989) 798-3020 is his phone number and the email ericbizmail1@gmail.com is his email account.

## *Conclusion*

14.     Based upon the above information, I respectfully submit that there is probable cause to believe that Eric Michael Hartman knowingly possessed and distributed child pornography in violation of 18 U.S.C. §2252A(a)(5)(B) (b)(2), possession of child pornography involving a prepubescent minor or a minor who had not attained 12 years of age and 18 U.S.C. § 2252A(a)(2)(A).

Amanda Thomas
Special Agent, FBI

Sworn to and subscribed before me and/or by reliable electronic means

on ____August 16, 2023_____ .

Hon. Patricia T. Morris
United States Magistrate Judge